UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMIE ELMHIRST,<br>    Plaintiff,<br><br>-v-<br><br>MCLAREN NORTHERN MICHIGAN,<br>d/b/a Northern Michigan Emergency<br>Medical Center, and MCLAREN HEALTH<br>CARE CORPORATION,<br>jointly and severally,<br>    Defendants. | No. 1:17-cv-00374<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

In accordance with the accompanying opinion and order entered on this date (ECF No. 14), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED**.

Date: July 19, 2017                  /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                       United States District Judge